SCANNED at Putnamville and Emailed on
01/27/2020 by JH - 31 pages.
(date)    (initials)    (num)

2:20-cv-00056-JRS-MJD

**FILED**
12:33 pm, Jan 29, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Exhibit B

## Consent to Receipt of Documents Through Prisoner Electronic Filing Program

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing is automatically generated and sent to Library staff. In order to receive copies of documents issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: _[signature]_     Date: 1-27-20

DOC Number: 166644

Address: Putnamville Correctional Facility
1946 West US 40
Green Castle, IN 46135

Case filed in:

Northern District of Indiana: ____

Southern District of Indiana: ✓

Case Number (if pending at time of consent): ____

6